IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOMINIQUE MERRIMAN,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**JAMES TELANDER, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:16-cv-2030-JAM-EFB P<br><br>**[~~PROPOSED~~] ORDER** |

　　On February 1, 2018, Defendants sought a five-court-day extension of time to file an Opposition to Plaintiff's Motion for Preliminary Injunction and Declaratory Relief. Good cause having been shown, Defendants' request is granted. Defendants have until February 8, 2018 to file an opposition to Plaintiff's motion.

Dated: February 5, 2018　　　　　　　　　　　　　_/s/ Edmund F. Brennan_
　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Edmund F. Brennan

1