UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE MERRIMAN,<br><br>Plaintiff,<br><br>v.<br><br>JAMES TELANDER, et al.,<br><br>Defendants. | No. 2:16-cv-2030-JAM-EFB P<br><br><br>ORDER TO SHOW CAUSE |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On February 21, 2017, the court determined that plaintiff's Eighth Amendment claims of deliberate indifference to mental health needs against defendants Kentner, Romano, Blain, Jerusik, Wallis, Telander, Farris, and Coffin were cognizable. ECF No. 10 at 2-3. On June 6, 2017, defendants filed a motion to dismiss plaintiff's complaint. ECF No. 18. That motion was denied on December 20, 2017 when the district judge adopted this court's findings and recommendations. ECF Nos. 21, 25. Defendants had fourteen days from that date to file their answer. *See* Fed. R. Civ. P. 12(a)(4)(A). They failed to do so and, in the interim, plaintiff has filed three motions seeking a court order compelling defendants to file their answer. ECF Nos. 27, 30, & 33.

Defendants are ordered to show cause, in writing and within seven days, why default should not be entered against them for failure to answer plaintiff's complaint within the

1

allotted time. Defendants' failure to comply with this order will result in a recommendation to that effect.

DATED: February 22, 2018.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE